# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **IN RE: SUNTRUST GREY CASES** | ) ) ) ) ) ) ) ) | Civil Case Nos.<br>1:12cv198; 1:12cv199;<br>1:12cv200; 1:12cv203;<br>1:12cv204; 1:12cv206<br>1:12cv209 |

Pending before the Court are the Consent Motions for Protective Order [# 31 in 1:12cv209 and 1:12cv204; # 32 in 1:12cv206 and 1:12cv200 and 1:12cv199; # 29 in 1:12cv203; # 41 in 1:12cv198]. The parties jointly move for the entry of a protective order negotiated by the parties that provides for the disclosure of confidential documents. Upon a review of the consent protective order and the record, the Court **GRANTS** the motions [# 31 in 1:12cv209 and 1:12cv204; # 32 in 1:12cv206 and 1:12cv200 and 1:12cv199; # 29 in 1:12cv203; # 41 in 1:12cv198]. The Court **INCORPORATES** the terms of the Protective Orders [# 31-1 in 1:12cv209 and 1:12cv204; # 32-1 in 1:12cv206 and 1:12cv200 and 1:12cv199; # 29-1 in 1:12cv203; # 41-1 in 1:12cv198] into the body of this Order.

Signed: September 10, 2014

Dennis L. Howell
United States Magistrate Judge