THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00198-MR-DLH

| | |
|---|---|
| ALLEN J. BOYKIN ROBINSON and JENNIFER P. ROBINSON, ) ) ) Plaintiffs, ) ) vs. ) ) ) SUNTRUST BANK, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Notice of Settlement [Doc. 44]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge